STATE v. MOODY

No. 9 PC.

Case below: 34 N.C. App. 749.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 February 1978.

STATE v. RICKS

No. 121 PC.

Case below: 34 N.C. App. 734.

Petition by Attorney General for discretionary review under G.S. 7A-31 denied 7 February 1978.

STATE v. TRUESDALE

No. 21 PC.

Case below: 34 N.C. App. 579.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 February 1978.

UPCHURCH v. UPCHURCH

No. 119 PC.

Case below: 34 N.C. App. 658.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 February 1978.

UTILITIES COMM. v. TANK LINES and
UTILITIES COMM. v. TRANSPORT CO.

No. 13 PC.

Case below: 34 N.C. App. 543.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 February 1978. Motion of Protestant-Intervenors to dismiss appeal for lack of substantial constitutional question allowed 7 February 1978.